ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DAVID W. LERCH, CSBN 229411
Special Assistant United States Attorney
　　　Social Security Administration
　　　160 Spear St., Suite 800
　　　San Francisco, CA 94105
　　　Telephone: (415) 977-8936
　　　Facsimile: (415) 744-0134
　　　Email: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KEVIN BUTLER,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | EDCV 12-545 (AGR)<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: January 7, 2013

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE